TOMAS E. MARGAIN, Bar No. 193555
JUSTICE AT WORK LAW GROUP
84 W. SANTA CLARA ST., STE. 790
SAN JOSE, CA 95113
TEL (408) 317-1100
FAX (408) 351-0105
Tomas@Jawlawgroup.com

STEPHAN R. WATTENBERG, SB #183914
LAW OFFICE OF STEPHAN R. WATTENBERG
1074 EAST AVENUE, SUITE C
CHICO, CALIFORNIA 95926
Telephone: (530) 342-8930
Facsimile: (530) 342-5625

Attorneys for Plaintiffs
JASON GOMEZ and EZEKIEL CONTRERAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON GOMEZ and EZEKIEL CONTRERAS, individually, and in the interest of the general public,<br><br>Plaintiffs,<br>vs.<br><br>BERYL EVELYN BLACKSTONE,<br><br><br>Defendants | Case No.  16-CV-06118-HRL<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST THAT MATTER BE DISMISSED AND THAT CLERK CLOSE FILE; [PROPOSED] ORDER**<br><br>Re:  Dkt. 7 |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

NOTICE IS HEREBY given that Plaintiffs JASON GOMEZ and EZEKIEL CONTRERAS

hereby request that Defendant BERYL EVELYN BLACKSTONE be Dismissed with prejudice.

This notice is accompanied by the declaration of counsel and proposed order.

1

**NOTICE OF DISMISSAL**

1    Dated: January 18, 2017

2
                                        *//s//Tomas E. Margain//s//*
3                                        Tomas E. Margain
                                        Huy Tran
4                                        JUSTICE AT WORK LAW GROUP
                                        Attorneys for Plaintiffs
5

6

7              **<u>DECLARATION OF TOMAS E. MARGAIN</u>**

8

9    I, Tomas E. Margain, declare as follows:

10        1.      I am the attorney of record for Plaintiffs JASON GOMEZ and EZEKIEL

11   CONTRERAS in this case.  I have personal knowledge of the facts set forth in this declaration, and,

12   if called as a witness, I could and would testify thereto.

13        2.      This case settled and the parties have executed a written settlement agreement.

14        3.      This is a companion case to the case entitled Gomes, et al v. Great American

15   Plumbing 5:15-cv-02465-EJD which was dismissed with prejudice by the Honorable Edward J. Davila

16   on January 12, 2017 after the settlement.

17        4.      I would also like to add that the case settled as a direct result of this Court holding

18   two settlement conferences in the companion case.

19        5.      I have the authority of my clients to have this case Dismissed with Prejudice.

20        I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
     is true and correct, executed on January 18, 2017 in San Jose, California.
21

22                                        //s// Tomas Margain
                                        Tomas E. Margain
23

24

25

26

27

28

                                    2
     **NOTICE OF DISMISSAL**

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3  SAN JOSE DIVISION

4

5  JASON GOMEZ and EZEKIEL
   CONTRERAS, individually, and in the
6  interest of the general public,

7           Plaintiffs,
            vs.
8

9  BERYL EVELYN BLACKSTONE,

10

           Defendants
11

Case No.  16-CV-06118-HRL


**ORDER DISMISSING CASE WITH
PREJUDICE**

12                    **ORDER**

13       Based on GOOD CAUSE shown and upon the Notice and Declaration of Plaintiff's

14  counsel Tomas E. Margain, the Court orders as follows:

15       The matter is Dismissed with Prejudice.  All calendared dates are hereby vacated and

16  the Clerk is directed to close the file.

17

18       **IT IS SO ORDERED.**

19
              January 18, 2017
20  DATED: _____     By: _____

21                                       THE HONORABLE HOWARD R. LLOYD
                                         United States Magistrate Judge
22

23

24

25

26

27

28

                              3

   **NOTICE OF DISMISSAL**